Paul D. Powell, Esq.
Nevada Bar No. 7488
Tom W. Stewart, Esq.
Nevada Bar No. 14280
The Powell Law Firm
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com
tstewart@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
Attorneys for Robert Polk

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT POLK, individually,<br><br>　　　　Plaintiff,<br>vs.<br><br>HARRY GRUMET, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01636-JAD-VCF<br><br>**PLAINTIFF'S EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Plaintiff Robert Polk, by and through his attorneys of record, The Powell Law Firm, requests that Michael A. Kristoff, Esq., and Jason F. Lather, Esq., be removed from the list of counsel to be noticed because Mr. Kristoff and Mr. Lather are no longer associated with The Powell Law Firm and no longer represent any party in this action.

Dated this 19th day of November 2020.

THE POWELL LAW FIRM

/s/ Tom W. Stewart
Paul D. Powell, Esq. (#7488)
Tom W. Stewart, Esq. (#14280)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated:  11-19-2020
_____

- 1 -

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(b), I hereby certify that on the 19th day of November, 2020, the **PLAINTIFFS' EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** was served via electronic service, and by placing a copy in the United States mail, postage prepaid, to the following counsel of record:

George M. Ranalli, Esq.
John W. Kirk, Esq.
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
*Attorneys for Defendant*

/s/ Kelli Wightman
_____
An Employee of THE POWELL LAW FIRM