SODW
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranalllilawyers.com
Attorneys for Defendant,
*HARRY GRUMET*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT POLK, individually, | ) |
| | ) 2:19-cv-01636-JAD-VCF |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HARRY GRUMET, individually; THE HERTZ CORPORATION, a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | ) |
| | ) ECF No. 49 |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between

Plaintiff, ROBERT POLK, and Defendant, HARRY GRUMET, by and

through their respective attorneys of record, that all

Plaintiff's claims in this matter against the Defendant, HARRY

GRUMET,  be dismissed with prejudice, with each of the parties

/ / /

/ / /

/ / /

/ / /

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 WEST HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1                                         **2:19-cv-01636-JAD-VCF**

2    to pay their own attorney fees and costs herein incurred.

3    February **10**, 2021          February *10th*, 2021

4    **THE POWELL LAW FIRM**        **RANALLI ZANIEL FOWLER & MORAN, LLC**

5

6

7    **PAUL D. POWELL, ESQ.**        **GEORGE M. RANALLI, ESQ.**
     Nevada Bar No.: 7488           Nevada Bar No.: 5748

8    **RYAN T. O'MALLEY, ESQ.**      **JOHN W. KIRK, ESQ.**
     Nevada Bar No.: 12461          Nevada Bar No. 4654

9    **THOMAS W. STEWART, ESQ.**     2400 W. Horizon Ridge Parkway
     Nevada Bar No.: 14280          Henderson, Nevada 89052

10   **JARED D. POWELL, ESQ.**       Attorneys for Defendant
     Nevada Bar No.: 15086

11   8918 Spanish Ridge Avenue, Suite 100

12   Las Vegas, Nevada 89148
     *Attorneys for Plaintiff*

13

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 WEST HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

2

2:19-cv-01636-JAD-VCF

ORDER

Based on the parties' stipulation **[ECF No. 49]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2021

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
*Attorneys for Defendant.*
**HARRY GRUMET**

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2400 WEST HORIZON RIDGE PARKWAY*
*HENDERSON, NEVADA 89052*
*TELEPHONE: (702) 477-7774 FAX: (702) 477-7778*